# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00329-CV

**In re Jaime Luevano**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator filed his petition for writ of mandamus and several related motions. *See* Tex. R. App. P. 52.8. Having reviewed the documents filed by relator, we deny the petition for writ of mandamus and overrule his motions.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton, Waldrop and Henson

Filed: July 13, 2010